# UNITED STATES DISTRICT COURT

## District of Oregon

**Collegenet, Inc.,**

                        Plaintiff(s)

vs.                                                                    Case No:     3:06-CV-663-PK

**A.C.N., Inc.,**

                        Defendant(s).

## Civil Case Assignment Order
## to a United States Magistrate Judge

**(a)**     **Presiding Judge:** The above referenced case has been filed in this court and assigned for all further proceedings to:

> **Presiding Judge** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Hon. Paul Papak
>
> **Presiding Judge's Suffix Code*** . . . . . . . . . . . . . . . . . . . . . . . . . . PK
>
>     * These letters must follow the case number on all future filings.

**(b)**     **Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to Gary Magnuson at (503) 326-8055 or gary_magnuson@ord.uscourts.gov

**(c)**     **Civil Docket Clerk:** Questions about Cm/ECF filing requirements or docket entries should be directed to Eric Oss at (503) 326-8051 or eric_oss@ord.uscourts.gov

**(d)**     **District Court Website:** Information about local rules of practice; Cm/ECF electronic filing requirements; responsibility to redact personal identifiers from pleadings, motions, and other papers; and other related court information can be accessed on the court's website at www.ord.uscourts.gov

Revised September 19, 2005                                              **Judge Papak's Civil Case Assignment Order**

(e) **Jurisdictional Authority of Magistrate Judges:**

(1) **Pretrial Administration:** In accordance with LR 72, the assigned United States Magistrate Judge is authorized to conduct all pretrial proceedings contemplated by 28 U.S.C. § 646(b) and Fed. R. Civ. P. 72 without further designation of the court.

(2) **Trial by Consent and Appeal Options:** In accordance with LR 73, 28 U.S.C. § 646(b) and Fed. R. Civ. P. 73, all United States Magistrate Judges in this district are certified to exercise civil jurisdiction in assigned cases and, <u>with the consent of the parties</u>, enter final orders on dispositive motions, conduct trial, and enter final judgment which may be appealed directly to the Ninth Circuit Court of Appeals (instead of a district judge).

(f) **Consent to a Magistrate Judge:** In accordance with 28 U.S.C. Sec. 636(c) and Fed. R. Civ. P. 73, all United States Magistrate Judges in the District of Oregon are certified to exercise civil jurisdiction in assigned cases and, with the consent of the parties, may also enter final orders on dispositive motions, conduct trial, and enter final judgment which may be appealed directly to the United States Court of Appeals for the Ninth Circuit, and not to a District Judge of this Court.

Parties are encouraged to consent to the jurisdiction of a Magistrate Judge by signing and filing the <u>Consent to Jurisdiction by a United States Magistrate Judge</u> (a copy of the consent form is included with this assignment order). There will be no adverse consequences if a party elects not to consent to a Magistrate Judge.

**Dated:** May 10, 2006

                                                  /s/ N. Munoz
**By:** N. Munoz, Deputy Clerk

**For:** Donald M. Cinnamond, Clerk of Court

# UNITED STATES DISTRICT COURT

### District of Oregon

**Collegenet, Inc.,**

               Plaintiff(s)

vs.                                                 Case No:    3:06-CV-663-PK

**A.C.N., Inc.,**

               Defendant(s).

### Discovery and Pretrial Scheduling Order

In order to facilitate and expedite discovery and the effective management of this case, the Court orders that:

**(a)**    **Corporate Disclosure Statement:** In accordance with LR 83.16, any non-governmental corporate party must file a corporate disclosure statement concurrently with the filing of a first appearance.

**(b)**    **Initial Conference of Counsel for Discovery Planning:**

    **(1)**    Except in cases exempted under Fed. R. Civ. 26(a)(1)(E), upon learning the identity of counsel for Defendant(s), counsel for the Plaintiff(s) shall initiate communications with counsel for Defendant(s).

    **(2)**    All counsel shall then confer as required by Fed. R. Civ. P. 26(f) within thirty (30) days after all Defendants have been served (*See* LR 26.1).

    **(3)**    In accordance with LR 16.2(b) and LR 16.4(c), counsel shall also discuss their client's positions regarding consent to a Magistrate Judge and Alternate Dispute Resolution options.

    **(4)**    If counsel for all of the parties agree to forego the initial disclosures required by Fed. R. Civ. P. 26(a)(1), they can use the Court form issued with this order (*See* LR 26.2). Whether or not the parties agree to forego the initial disclosures, they may seek discovery once the initial conference of counsel for discovery planning contemplated by Fed. R. Civ. P. 26(f) has occurred (*See* LR 26.1).

**(c)    Rule 16(b) Court Conference for Scheduling and Planning:** Counsel for Plaintiff(s) and for Defendant(s) shall, during or promptly after the conference of counsel referred to in the prior paragraph, contact the assigned judge's deputy clerk and schedule a LR 16.2 conference for scheduling and planning, and the assigned judge shall hold the conference within thirty (30) days.

At the conference, the parties shall be prepared to discuss discovery, consent to a Magistrate Judge, scheduling and other issues presented by this action, including proposed modifications to the initial schedule set forth below (See LR 16.2).

**(d)    Pretrial and Discovery Deadlines:** Not later than 120 days from the date of this order, counsel for all parties shall:

**(1)**    File all pleadings pursuant to Fed. R. Civ. P. 7(a) and 15;

**(2)**    Join all claims, remedies and parties pursuant to Fed. R. Civ. P. 18 and 19;

**(3)**    File all pretrial, discovery and dispositive motions;

**(4)**    Complete all discovery; and

**(5)**    Confer as to Alternate Dispute Resolution pursuant to LR16.4(c).

**(e)    Pretrial Order Deadline:** Unless otherwise waived by the court, not later than 150 days from the date of this order, counsel shall lodge a Joint Pretrial Order (*See* LR 16.6), and file a Joint Alternate Dispute Resolution Report (*See* LR 16.4).

**(f)    Service of this Order:** Counsel for the Plaintiff shall serve this order, and all attachments, upon all other parties to the action.

**(g)    Cm/ECF Electronic Filing Requirements:** In accordance with LR 100, the Court's Cm/ECF Procedural Order, Cm/ECF registered attorneys are authorized to electronically file all subsequent (to the original complaint and/or removal documents) all pleadings, motions, and other papers. More information about the Cm/ECF system, and the Cm/ECF Procedural Order, can be found on the court's website at www.ord.uscourts.gov/ecf

**Dated:  May 10, 2006**

                                    /s/ N. Munoz
                    **By:**    N. Munoz, Deputy Clerk

                    **For:**    Donald M. Cinnamond, Clerk

# UNITED STATES DISTRICT COURT

### District of Oregon

**Collegenet, Inc.,**

                        Plaintiff(s)

**vs.**                                                       Case No:    3:06-CV-663-PK

**A.C.N., Inc.,**

                        Defendant(s).

### Fed. R. Civ. P. 26(a)(1) Discovery Agreement

In accordance with LR 26.2, I state that the parties who have been served and who are not in default, have agreed to forego the disclosures required by Fed. R. Civ. P. 26(a)(1). The original of this Agreement will be filed with the Court pursuant to Local Rule 26.2.

**DATED:**

| | |
|---:|---|
| **Signature:** | |
| **Name & OSB ID:** | |
| **e-mail address:** | |
| **Firm Name:** | |
| **Mailing Address:** | |
| **City, State, Zip:** | |
| **Phone Number:** | |
| **Parties Represented** | |

cc:    Counsel of Record

# UNITED STATES DISTRICT COURT

## District of Oregon

**Collegenet, Inc.,**

                        Plaintiff(s)

**vs.**                                             Case No:     3:06-CV-663-PK

**A.C.N., Inc.,**

                        Defendant(s).

## Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route

      In accordance with Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. In accordance with Fed. R. Civ. P. 73(c), I agree that any appeal from a final order or judgment entered by a United States Magistrate Judge shall proceed directly to the United States Court of Appeals for the Ninth Circuit, and not to a District Judge of this Court.

**DATED:**

| | |
|---:|:---|
| **Signature:** | |
| **Name & OSB ID:** | |
| **e-mail address:** | |
| **Firm Name:** | |
| **Mailing Address:** | |
| **City, State, Zip:** | |
| **Phone Number:** | |
| **Parties Represented** | |

cc:      Counsel of Record

Revised December 1, 2004                                                 **Magistrate Consent Form**

# US District Court – Oregon
# Civil Case Management Time Schedules

| Local Rule | Event or Requirement | Time Frame | Comment |
|---|---|---|---|
| LR 16.1(e) | Discovery and Pretrial Scheduling Order (with attachments) | Issued by the clerk's office at the time of filing, along with the summonses | Required to be served on all parties by the filing party |
| LR 16.2(d) | Completion of Discovery | Unless otherwise ordered by the court, within 120 days from the filing of the case | Discovery deadlines are set forth in the Discovery and Pretrial Scheduling Order |
| LR 16.2(a) | Rule 16(b) Conference | Scheduled by the assigned judge within 30 days after the required LR 26.1 Discovery Conference | Affirmative duty on all counsel to contact the assigned judge's courtroom deputy (*See* LR 16.2(a) |
| LR 16.4(c) | ADR Conference Requirements | Within 120 days from the initiation of the law suit | Parties must confer with other attorneys and unrepresented parties to discuss ADR options |
| LR 16.4(d) | Joint ADR Report | Within 150 days of the initiation of the law suit | The parties must file a Joint ADR Report |
| LR 16.4(f)(1)(B) | Selecting a Volunteer Mediator | Not later than ten (10) days after the entry of the court's order directing reference to a volunteer mediator | All represented and non-represented parties must agree |
| LR 16.4(f)(1)(D) | Notice to the Court that the Parties Are Unable to Select a Volunteer Mediator | Within ten (10) days after entry of a court order directing reference to a volunteer mediation | Plaintiff's attorney is responsible for notifying the court |
| LR 16.4(h)(1) | Notification of Private ADR Results | Within seven (7) working days after the conclusion of private ADR proceedings | Plaintiff's attorney is responsible for notifying the court |
| LR 16.4(h)(2 | Report of Court Appointed Private or Volunteer Mediation | Promptly if no settlement is achieved | Court appointed private or volunteer mediator is responsible for notifying the court |
| LR 16.6 | Proposed Pretrial Order | Unless otherwise modified pursuant to LR 16.6(a), within 150 days from the filing date | PTO filing deadline is established in the Discovery and Pretrial Scheduling Order |
| LR 26.1 | Initial Conference for Discovery Planning | Within 30 days from service of the last defendant | Held between parties |
| LR 83.16 | Corporate Disclosure Statement | Filed concurrent with every party's first appearance | Filed and served on all parties |