**J. PETER STAPLES, OSB NO. 79404**
Email: pete@chernofflaw.com
**CHERNOFF, VILHAUER, MCCLUNG & STENZEL, LLP**
1600 ODS Tower
601 SW Second Avenue
Portland, OR 97204-3157
Telephone: (503) 227-5631
Facsimile: (503) 228-4373

    Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **COLLEGENET, INC.,** a Delaware corporation<br><br>    Plaintiff,<br><br>v.<br><br>**A.C.N., INC., d/b/a ANYCOLLEGE.NET,** a Minnesota corporation<br><br>    Defendant. | Case No. 3:06 CV 00663 PK<br><br>**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**Trademark Case** |

A.C.N., Inc. ("ACN") hereby moves the Court for an extension of time of three weeks, until June 20, 2006, to answer or otherwise respond to the Complaint.

The undersigned attorney for ACN has consulted with attorneys for plaintiff and no extension was agreed to.

PAGE 1 –  MOTION FOR EXTENSION OF TIME
        FILE AN ANSWER

This motion is supported by the accompanying Memorandum and Supporting Declaration of J. Peter Staples with exhibit.

Dated May 25, 2006.

Respectfully submitted,

CHERNOFF, VILHAUER,
 McCLUNG & STENZEL, L.L.P.


/s/ J. Peter Staples
J. Peter Staples, OSB No. 79404
Of Attorneys for Defendant