**J. PETER STAPLES, OSB NO. 79404**
Email:  pete@chernofflaw.com
**CHERNOFF, VILHAUER, MCCLUNG & STENZEL, LLP**
1600 ODS Tower
601 SW Second Avenue
Portland, OR  97204-3157
Telephone: (503) 227-5631
Facsimile: (503) 228-4373

      Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **COLLEGENET, INC.,** a Delaware corporation<br><br>    Plaintiff,<br><br>    v.<br><br>**A.C.N., INC., d/b/a ANYCOLLEGE.NET,** a Minnesota corporation<br><br>    Defendant. | Case No.  3:06 CV 00663 PK<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>**Trademark Case** |

    A.C.N., Inc. has no parent corporation and no publicly held company owns 10% or more of its stock.

    Dated May 25. 2006.

            Respectfully submitted,

            CHERNOFF, VILHAUER,
             McCLUNG & STENZEL, L.L.P.

            J. Peter Staples, OSB No. 79404
            Of Attorneys for Defendants

PAGE 1 –   CORPORATE DISCLOSURE STATEMENT