# United States District Court
## DISTRICT OF OREGON

FILED'06 MAY 22 15:57 USDC-ORP

COLLEGENET, INC., )
)
Plaintiff, ) Case No. CV'06 663
vs. )
)
A.C.N., INC. dba ANYCOLLEGE.NET, ) CERTIFICATE OF SERVICE
)
_____Defendant. )

STATE OF MINNESOTA )
) ss.
County of _Clay_ )

I, _Joe Jagick_, hereby certify that I am a competent person 21 years of age or older, a citizen of the United States and a resident of the state of service and that I am not a party to nor an attorney for any party in the within named action. I further certify that I made service of certified true copies of the following documents:

*SUMMONS; COMPLAINT; CIVIL CASE ASSIGNMENT ORDER;
DISCOVERY AND PRETRIAL SCHEDULING ORDER PACKET*

<u>CORPORATE SERVICE</u>

Upon **A.C.N., INC. dba ANYCOLLEGE.NET**, by leaving such true copy with _Rob Krahmer (Business Manager)_ the person apparently in charge of the office of Cory Klinnert, who is the Registered Agent thereof, at 403 Center Avenue, #704, Moorhead, Minnesota 56560, on May _10th_, 2006 at _1:30_ A.m.

I declare under the penalty of perjury that the above statements are true and correct.

Dated this _15_ day of May, 2006.

312396

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    OREGON

COLLEGENET, INC.,
a Delaware Corporation,
                  Plaintiff,

V.

A.C.N., INC., d/b/a ANYCOLLEGE.NET,
a Minnesota Corporation,
                  Defendants.

**SUMMONS IN A CIVIL CASE**

CASE    '06 463 PA

TO: (Name and address of Defendant)

Cory Klinnert, Registered Agent
A.C.N., Inc.
403 Center Avenue, #704
Moorhead, Minnesota 56560

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael N. Zachary
KLARQUIST SPARKMAN, LLP
121 SW Salmon Street, Suite 1600
Portland, OR 97204

an answer to the complaint which is herewith served upon you, within     20     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DONALD M. CINNAMOND                                               MAY 8 2006

CLERK                                                                      DATE

(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were _____

☐ Returned _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____　　_____
　　　　　　　　　　*Date*　　　　　　　　　　　　　　　　*Signature of Server*


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.