**Michael N. Zachary**, OSB #04120
Email: michael.zachary@klarquist.com
**Stephen J. Joncus**, OSB # 01307
Email: stephen.joncus@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301

*Attorneys for Plaintiff CollegeNET, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **COLLEGENET, INC.,**<br>a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**A.C.N., INC., d/b/a ANYCOLLEGE.NET,**<br>a Minnesota corporation,<br><br>　　　　　Defendant. | Civil No. 3:06 CV 00663 PK<br><br>**PLAINTIFF COLLEGENET, INC.'S<br>CORPORATE DISCLOSURE STATEMENT** |

**PLAINTIFF COLLEGENET, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Plaintiff CollegeNET, Inc. has no parent corporation. 3i Group PLC currently owns 10% or more of CollegeNET, Inc. stock.

Respectfully submitted,

Dated: May 31, 2006   By:   /s/ Stephen J. Joncus
**Michael N. Zachary**, OSB #04120
Email: michael.zachary@klarquist.com
**Stephen J. Joncus**, OSB # 01307
Email: stephen.joncus@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301

*Attorneys for Plaintiff CollegeNET, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 31, 2006, a true copy of the foregoing **PLAINTIFF COLLEGENET, INC.'S CORPORATE DISCLOSURE STATEMENT**, was served by electronic and first-class, U.S. mail to:

J. Peter Staples
CHERNOFF, VILHAUER, MCCLUNG & STENZEL, LLP
1600 ODS Tower
601 SW Second Avenue
Portland, OR 97204-3157
Telephone: 503-227-5631
Facsimile: 6503-228-4373
Email: pete@chernofflaw.com

*Attorneys for Defendant A.C.N., Inc.*

By: /s/ Stephen J. Joncus
Michael N. Zachary, OSB #04120
Email: michael.zachary@klarquist.com
**Stephen J. Joncus**, OSB # 01307
Email: stephen.joncus@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301