**Michael N. Zachary**, OSB #04120
Email:  michael.zachary@klarquist.com
**Stephen J. Joncus**, OSB # 01307
Email:  stephen.joncus@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  503-595-5300
Facsimile:  503-595-5301

*Attorneys for Plaintiff CollegeNET, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **COLLEGENET, INC.,** a Delaware corporation, <br><br>    Plaintiff, <br><br>    v. <br><br> **A.C.N., INC.,** a Minnesota corporation, <br><br>    Defendant. | Civil No. 06-663 -PK <br><br> **FED. R. CIV. P 26(a)(1) DISCOVERY AGREEMENT** |

In accordance with LR 26.2, I state that the parties who have been served and who are not in default, have agreed to forego the disclosures required by Fed. R. Civ. P. 26(a)(1).

Respectfully submitted,

Dated: June 12, 2006       By:       /s/ Michael N. Zachary_____
**Michael N. Zachary**, OSB #04120
Email:  michael.zachary@klarquist.com
**Stephen J. Joncus**, OSB # 01307
Email:  stephen.joncus@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  503-595-5300
Facsimile:  503-595-5301

*Attorneys for Plaintiff CollegeNET, Inc.*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 12, 2006, a true copy of the foregoing **FED. R. CIV. P 26(a)(1) DISCOVERY AGREEMENT,** was served by electronic filing and email to:

J. Peter Staples
CHERNOFF, VILHAUER, MCCLUNG & STENZEL, LLP
1600 ODS Tower
601 SW Second Avenue
Portland, OR  97204-3157
Telephone:  503-227-5631
Facsimile:  6503-228-4373
Email:  pete@chernofflaw.com

*Attorneys for Defendant A.C.N., Inc.*


By: /s/ Michael N. Zachary
**Michael N. Zachary**, OSB #04120
Email:  michael.zachary@klarquist.com
**Stephen J. Joncus**, OSB # 01307
Email:  stephen.joncus@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  503-595-5300
Facsimile:  503-595-5301