J. PETER STAPLES, OSB No. 79404
Email: pete@chernofflaw.com
**CHERNOFF, VILHAUER, MCCLUNG & STENZEL, LLP**
1600 ODS Tower
601 SW Second Avenue
Portland, OR 97204-3157
Telephone: (503) 227-5631
Facsimile: (503) 228-4373

    Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **COLLEGENET, INC.,**<br>a Delaware corporation<br><br>    Plaintiff,<br><br>v.<br><br>**ACN, INC., d/b/a ANYCOLLEGE.NET,**<br>a Minnesota corporation<br><br>    Defendant. | Case No. 3:06 CV 00663 PK<br><br>**APPLICATION FOR SPECIAL ADMISSION OF SIDNEY J. SPAETH—*PRO HAC VICE*** <br><br>**Trademark Case** |

    As local counsel in the above-captioned case and in accordance with L.R. 83.3, I am recommending the following attorney for admission *pro hac vice*:

    1.    ***Pro Hac Vice* Attorney Certification.** I have read and understand the requirements of L.R. 83.3, and certify that the following information is correct:

        (A)    Personal Data:

        (1)    Name:        Sidney J. Spaeth
        (2)    Firm Name:    Vogel Law Firm

PAGE 1 –    Application Pro Hac Vice of Sidney J. Spaeth

Chernoff, Vilhauer, McClung & Stenzel, LLP
1600 ODS Tower
601 S.W. Second Avenue
Portland, OR 97204-3157

(3) Mailing Address: 218 NP Avenue
Post Office Box 1389
City, State and Zip Code: Fargo, ND 58107-1389
(4) Business E-Mail Address: sspaeth@vogellaw.com
(5) Business Telephone Number: 1-701-237-6983
(6) Fax Telephone Number: 1-701-356-6395

(B) **Bar Admissions Information.** I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

(1) State Bar Admission(s):

Name of Court: North Dakota
Admissions standing: Active
Date of Admission: 1992
Bar ID Number: 04909

Name of Court: Minnesota
Admissions standing: Active
Date of Admission: 1991
Bar ID Number: 22666X

(2) Federal Bar Admission(s):

Name of Court: District of North Dakota
Admissions Standing: Active
Date of Admission: 1992
Bar ID Number: 04909

Name of Court: District of Minnesota
Admissions Standing: Active
Date of Admission: 1992
Bar ID Number: 22666X

Name of Court: 8th Circuit Court of Appeals
Admissions Standing: Active
Date of Admission: 1991
Bar ID Number: 04909

(C) **Certification of Disciplinary Proceedings.**

x   I certify that I am not now, nor have I ever been, subject to any
PAGE 2 – Application Pro Hac Vice of
Sidney J. Spaeth

Chernoff, Vilhauer, McClung & Stenzel, LLP
1600 ODS Tower
601 S.W. Second Avenue
Portland, OR 97204-3157

disciplinary action by any state or federal bar association or administrative agency; or

\_\_\_\_ I certify that I am now, or have been, subject to disciplinary action from a state or federal bar association or administrative agency (Attach a letter of explanation to this application).

(D) **Certification of Professional Liability Insurance.** I have a professional liability insurance policy which is current that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(E) **Representation Statement:** I am representing the following party(s) in this case: A.C.N., Inc.

(F) **CM/ECF Registration.** Concurrent with approval of this *pro hac vice* application, I acknowledge that I will automatically be registered to access the court's Case Management/Electronic Case File system. (*See ecf.ord.us-courts.gov*). I also consent to electronic service pursuant to Fed.R.Civ.P. 5(b)(2)(D) and L.R. 100.

2. **Certification of Associated Local Counsel.** I certify the information contained in this application is true, that I am a member in good standing of the Bar of this Court, that I have read and understand the requirements of L.R. 83.3, and that I will serve as designated local counsel in this particular case.

Dated this 16th day of June 2006.

| CHERNOFF, VILHAUER, McCLUNG & STENZEL, L.L.P. | VOGEL LAW FIRM |
|---|---|
| By: /s/ *Local Counsel* J. Peter Staples OSB No. 79404 Chernoff Vilhauer, McClung & Stenzel, L.L.P. 601 S.W. Second Avenue 1600 ODS Tower Portland, OR 97204-3157 Email: pete@chernofflaw.com Phone: 503-227-5631 | By: /s/ *Pro Hac Counsel* Sidney J. Spaeth Vogel Law Firm 218 NP Avenue Post Office Box 1389 Fargo, ND 58107-1389 Email: sspaeth@vogellaw.com Phone: 1-701-237-6983 |

## COURT ACTION

✓ Application approved subject to payment of fees.

_____ Application approved and fee waived.

_____ Application denied.

6-29-06
Date

U.S. ~~District Court~~ Judge
MAGISTRATE

cc: Counsel of Record.

C:\DOCUME~1\jane\LOCALS~1\Temp\MetaSave\Spaeth Pro Hac Vice Application.doc

PAGE 4 –   Application Pro Hac Vice of
           Sidney J. Spaeth

Chernoff, Vilhauer, McClung & Stenzel, LLP
1600 ODS Tower
601 S.W. Second Avenue
Portland, OR 97204-3157

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 28, 2006 a true copy of the foregoing APPLICATION FOR SPECIAL ADMISSION OF SIDNEY J. SPAETH --*PRO HAC VICE* was served by mailing a true copy via prepaid first class mail to:

Michael N. Zachary
Stephen J. Joncus
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301

Of Attorneys for Plaintiff

CHERNOFF VILHAUER
McCLUNG & STENZEL, LLP

By: /s/ J. Peter Staples
J. Peter Staples
Email: pete@chernofflaw.com
601 S.W. Second Avenue
1600 ODS Tower
Portland, OR 97204-3157
Telephone: 503-227-5631
Facsimile: 503-228-4373

Of Attorneys for Defendant