IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**COLLEGENET, INC.,**
a Delaware corporation,

          Plaintiff,

v.

**A.C.N., INC.,**
a Minnesota corporation,

          Defendant.

Civil No. 06-663 -PK

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**TRADEMARK CASE**

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to a Settlement Agreement, the parties hereby move the Court to dismiss this case with prejudice.

IT IS SO STIPULATED:

CHERNOFF, VILHAUER, MCCLUNG & STENZEL, LLP

_____
J. Peter Staples
Of Attorneys for Defendant

KLARQUIST SPARKMAN, LLP

_____
Michael N. Zachary / Jonathan M. Ward
Of Attorneys for Plaintiff

Page 2 –   STIPULATION OF DISMISSAL        Exhibit A to Settlement Agreement

THIS LAWSUIT IS DISMISSED WITH PREJUDICE.

DATED this _____ day _____ of 2006.

_____
Honorable Paul J. Papak
United States Magistrate Judge