FILED'06 SEP 01 10:44USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **COLLEGENET, INC.**, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> **A.C.N., INC.**, a Minnesota corporation, <br><br> Defendant. | Civil No. 06-663 -PK <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> **TRADEMARK CASE** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to a Settlement Agreement, the parties hereby move the Court to dismiss this case with prejudice.

IT IS SO STIPULATED:

CHERNOFF, VILHAUER, MCCLUNG & STENZEL, LLP

_____
J. Peter Staples
Of Attorneys for Defendant

KLARQUIST SPARKMAN, LLP

_____
Michael N. Zachary / Jonathan M. Ward
Of Attorneys for Plaintiff

Page 2 —  STIPULATION OF DISMISSAL      Exhibit A to Settlement Agreement

THIS LAWSUIT IS DISMISSED WITH PREJUDICE.

DATED this **1ST** day **September** of 2006.

*/s/ Paul J. Papak*
Honorable Paul J. Papak
United States Magistrate Judge